# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JUSTIN LEE CANNON<br><br>                Defendant. | CR NO: 2:13-CR-0010 MCE |



FILED
AUG 21 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    ☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: JUSTIN LEE CANNON
Detained at: Sutter County Jail

Detainee is:
- a.) ☐ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: _____
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary [FORTHWITH ] in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Matthew G. Morris |
| Printed Name & Phone No: | MATTHEW G. MORRIS |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

    ☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 8/21/13

Honorable Dale A. Drozd
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | 43758 | DOB: | 06/22/1979 |
| Facility Address: | 1077 Civic Center Blvd | Race: | White |
| Facility Phone: | Yuba City, CA 95993 | FBI#: | |
| Currently | Disp/Poss Forged DL | | |

## RETURN OF SERVICE

Executed on: _____     _____
                                                               (signature)