TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 885-8245

Attorney for Defendant
JUSTIN CANNON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0010 TLN |
|---|---|
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER** |
| v. | |
| JUSTIN CANNON, | |
| Defendant. | |

    Defendant, JUSTIN CANNON, by and through his counsel of record, TONI WHITE, and the GOVERNMENT hereby stipulate as follows:

    1.    By previous order, this matter was set for status on May 15, 2014.

    2.    By this stipulation, defendant now moves to continue the status conference until June 26, 2014, at 9:30 a.m., and  to exclude time between  May 15, 2014  and June 26, 2014 under Local Code T4.  The GOVERNMENT does not oppose this request.

    3.    The parties agree and stipulate, and request that the Court find the following:

        a.    The United States has represented that the discovery associated with this case to date, and provided to defense counsel, includes investigative reports and related documents in electronic form amounting to approximately 20 pages of documents. There is extensive physical evidence beyond the discovery reports. Defense counsel needs additional time to review the discovery and evidence, meet with Mr. Cannon and discuss the case further with the AUSA.

      b.    Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c.    The GOVERNMENT does not object to the continuance.

      d.    The GOVERNMENT and counsel for the defendant are working toward resolution of the case.

      g.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 15, 2014 and June 26, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

2

IT IS SO STIPULATED.

Dated: May 13, 2014              BENJAMIN B. WAGNER
                                 United States Attorney

                                 By:    */s/ Toni White for*
                                 MATTHEW MORRIS
                                 Assistant U.S. Attorney

                                 For the United States

Dated: May 13, 2014       By:    */s/ Toni White*
                                 TONI WHITE

                                 For the Defendant


# **O R D E R**

IT IS SO FOUND AND ORDERED this 14th day of May, 2014.


_____
Troy L. Nunley
United States District Judge

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

3