TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 885-8245

Attorney for Defendant
JUSTIN CANNON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>JUSTIN CANNON,<br><br>            Defendant. | CASE NO. 2:13-CR-0010 TLN<br><br>**STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER** |

  Defendant, JUSTIN CANNON, by and through his counsel of record, TONI WHITE, and the GOVERNMENT hereby stipulate as follows:

  1. By previous order, this matter was set for status on June 26, 2014.

  2. By this stipulation, defendant now moves to continue the status conference until July 31, 2014, at 9:30 a.m., and  to exclude time between  June 26, 2014  and July 31, 2014 under Local Code T4.  The GOVERNMENT does not oppose this request.

  3. The parties agree and stipulate, and request that the Court find the following:

    a. The United States has represented that the discovery associated with this case to date, and provided to defense counsel, includes investigative reports and related documents in electronic form amounting to approximately 20 pages of documents. There is extensive physical evidence beyond the discovery reports. Defense counsel needs additional time to review the discovery and evidence, meet with Mr. Cannon and discuss the case further with the AUSA.

1          b.      Counsel for defendant believes that failure to grant the above-requested
2 continuance would deny her the reasonable time necessary for effective preparation, taking into
3 account the exercise of due diligence.

4         c.      The GOVERNMENT does not object to the continuance.

5         d.      The GOVERNMENT and counsel for the defendant are working toward
6 resolution of the case.

7         g.      Based on the above-stated findings, the ends of justice served by continuing
8 the case as requested outweigh the interest of the public and the defendant in a trial within the
9 original date prescribed by the Speedy Trial Act.

10         g.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.
11 § 3161, *et seq.*, within which trial must commence, the time period of June 26, 2014 to July 31, 2014
12 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
13 because it results from a continuance granted by the Court at defendant's request on the basis of the
14 Court's finding that the ends of justice served by taking such action outweigh the best interest of the
15 public and the defendant in a speedy trial.

16     4.      Nothing in this stipulation and order shall preclude a finding that other provisions of
17 the Speedy Trial Act dictate that additional time periods are excludable from the period within which
18 a trial must commence.

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

IT IS SO STIPULATED.

Dated:  June 24, 2014                                      BENJAMIN B. WAGNER
                                                           United States Attorney

                                                           By:     /s/ Toni White for
                                                           MATTHEW MORRIS
                                                           Assistant U.S. Attorney

                                                           For the United States

Dated:  June 24, 2014              By:     /s/ Toni White
                                           TONI WHITE

                                           For the Defendant

**O R D E R**

IT IS SO FOUND AND ORDERED this 24th day of June, 2014.

_____
Troy L. Nunley
United States District Judge

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

3