1  TONI H. WHITE (SBN 210119)
   ATTORNEY AT LAW
2  11930 Heritage Oak Place, Suite 6
   Auburn, CA  95603
3  Telephone:  (530) 885-6244
   Facsimile:   (530) 885-8245
4

5  Attorney for Defendant
   JUSTIN CANNON
6

7

8             IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    | CASE NO. 2:13-CR-0010 TLN
12 |            Plaintiff,         | **AMENDED STIPULATION REGARDING  CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER**
13 | v.                            |
14 | JUSTIN CANNON,                |
15 |            Defendant.         |

16

17     Defendant, JUSTIN CANNON, by and through his counsel of record, TONI WHITE, and the

18  GOVERNMENT hereby stipulate as follows:

19     1.    By previous order, this matter was set for status on March 12, 2015.

20     2.    Defendant erroneously moved to continue the status conference to April 2, 2015,

21  which is an unavailable date for the Court. Defendant files this Amended Stipulation to correct the

22  error and request to continue the status conference to April 16, 2015 at 9:30 a.m.  By this stipulation,

23  defendant now moves to continue the status conference until April 16, 2015, and to exclude time

24  between March 12, 2015 and April 16, 2015 under Local Code T4.  The GOVERNMENT does not

25  oppose this request.

26     3.    The parties agree and stipulate, and request that the Court find the following:

27        a.    The United States has represented that the discovery associated with this case

28  to date, and provided to defense counsel, includes investigative reports and related documents in

1 electronic form amounting to approximately 20 pages of documents. There is extensive physical
2 evidence beyond the discovery reports. Defense counsel needs additional time to review the
3 discovery and evidence, meet with Mr. Cannon and discuss the case further with the AUSA.

4       b.     Counsel for defendant believes that failure to grant the above-requested
5 continuance would deny her the reasonable time necessary for effective preparation, taking into
6 account the exercise of due diligence.

7       c.     The GOVERNMENT does not object to the continuance.

8       d.     The GOVERNMENT and counsel for the defendant are working toward
9 resolution of the case.

10       g.     Based on the above-stated findings, the ends of justice served by continuing
11 the case as requested outweigh the interest of the public and the defendant in a trial within the
12 original date prescribed by the Speedy Trial Act.

13       g.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.
14 § 3161, *et seq*., within which trial must commence, the time period of March 12, 2015 and April 16,
15 2015 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
16 because it results from a continuance granted by the Court at defendant's request on the basis of the
17 Court's finding that the ends of justice served by taking such action outweigh the best interest of the
18 public and the defendant in a speedy trial.

19     4.     Nothing in this stipulation and order shall preclude a finding that other provisions of
20 the Speedy Trial Act dictate that additional time periods are excludable from the period within which
21 a trial must commence.

2

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

IT IS SO STIPULATED.

Dated:  March 10, 2015                          BENJAMIN B. WAGNER
                                                United States Attorney

                                                By:    */s/ Toni White for*
                                                MATTHEW MORRIS
                                                Assistant U.S. Attorney

                                                For the United States

Dated:  March 10, 2015                          By:    */s/ Toni White*
                                                TONI WHITE

                                                For the Defendant


**O R D E R**

IT IS SO FOUND AND ORDERED this 10th day of March, 2015.



                                                _____
                                                Troy L. Nunley
                                                United States District Judge

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

3