1  TONI H. WHITE (SBN 210119)
   ATTORNEY AT LAW
2  11930 Heritage Oak Place, Suite 6
   Auburn, CA  95603
3  Telephone:  (530) 885-6244
   Facsimile:   (530) 885-8245
4

5  Attorney for Defendant
   JUSTIN CANNON
6

7

8                IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           CASE NO. 2:13-CR-0010 TLN

12 |                      Plaintiff,     **STIPULATION REGARDING**
                                         **CONTINUANCE OF STATUS**
13 | v.                                  **CONFERENCE; FINDINGS AND**
                                         **ORDER**
14 | JUSTIN CANNON,

15 |                      Defendant.

16

17         Defendant, JUSTIN CANNON, by and through his counsel of record, TONI WHITE, and the

18  GOVERNMENT hereby stipulate as follows:

19         1.      By previous order, this matter was set for status on April 16, 2015.

20         2.      By this stipulation, defendant now moves to continue the status conference until April

21  30, 2015, at 9:30 a.m., and to exclude time between April 16, 2015 and April 30, 2015 under Local

22  Code T4.  The GOVERNMENT does not oppose this request.

23         3.      The parties agree and stipulate, and request that the Court find the following:

24              a.      The United States has represented that the discovery associated with this case

25  to date, and provided to defense counsel, includes investigative reports and related documents in

26  electronic form amounting to approximately 20 pages of documents. There is extensive physical

27  evidence beyond the discovery reports. Defense counsel needs additional time to review the

28  discovery and evidence, meet with Mr. Cannon and discuss the case further with the AUSA.

                                                    1
   Stipulation and Order for Continuance of Status
   Hearing and for Exclusion of Time

1          b.        Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c.        The GOVERNMENT does not object to the continuance.

        d.        The GOVERNMENT and counsel for the defendant are working toward resolution of the case.

        g.        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g.        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of April 16, 2015 and April 30, 2015 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

2

1 IT IS SO STIPULATED.

2 Dated: April 14, 2015 BENJAMIN B. WAGNER
United States Attorney
3
4 By: */s/ Toni White for*
MATTHEW MORRIS
5 Assistant U.S. Attorney

6 For the United States

7 Dated: April 14, 2015 By: */s/ Toni White*
TONI WHITE
8
9 For the Defendant

10

11

12 **O R D E R**

13 IT IS SO FOUND AND ORDERED this 14th day of April, 2015.

14

15

16 _____
Troy L. Nunley
17 United States District Judge

18

19

20

21

22

23

24

25

26

27

28

3

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time