```
                        FILED
                        July 24, 2015
                        CLERK, US DISTRICT COURT
                        EASTERN DISTRICT OF
                        CALIFORNIA
                        DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:13CR00010-TLN |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| JUSTIN LEE CANNON, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   JUSTIN LEE CANNON  , Case No. 2:13CR00010-TLN  , Charge  18USC § 1708  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of $__

        __  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

    ✔   (Other)   Pretrial conditions as stated on the record.

The defendant shall be released on July 27, 2015 at 9:00 a.m. to the pretrial officer

Issued at  Sacramento, CA  on  July 24, 2015  at  3:36 pm  .

By   /s/ Allison Claire/s/ Allison Claire
      Allison Claire
      United States Magistrate Judge

Copy 2 - Court