1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 2:13-CR-10

12                Plaintiff,              UNOPPOSED MOTION AND [PROPOSED]
                                          ORDER TO REVOKE RELEASE
13        v.

14 JUSTIN LEE CANNON,

15                Defendants.

16

17        The government moves the court to revoke the order for release of a person in custody,

18 Document 81, as to defendant Cannon, and to issue the attached proposed order.

19        The defendant was brought into federal custody from state custody pursuant to a *writ of habeas*

20 *corpus ad prosequendam*. Doc. 35. The defendant was previously ordered detained at his arraignment.

21 Doc. 41. At the time of his arraignment, the defendant was subject to a state hold due to convictions in

22 Sutter County, the sentence for which had not yet run. The total term of the state conviction was 5 years

23 and 8 months. On July 23, 2015, the defendant filed a motion for bail review on the grounds that the

24 state time, taking into account credits under California's current law, had likely been served. Doc. 78.

25        On July 24, 2015, on the basis of the defendant's motion, the duty magistrate ordered the

26 defendant released subject to determination of release conditions the following Monday. Doc. 79. On

27 July 27, 2015, the court set conditions related to residential treatment for drug addiction and other

28 conditions. Doc. 80.

On July 29, 2015, officials from the Sutter County jail contacted the Marshals Service requesting an explanation of why the defendant, who was in federal custody pursuant to a writ, had been released on bond instead of returned to Sutter County as required by the state hold. Those officials have since stated that Sutter County calculates that the defendant has approximately one year remaining on his state sentence.

Defense counsel in this case has represented to the government that she has attempted to contact the defendant's state defense attorney from the underlying state convictions as well as the state public defender's office, with the intent that the question of the credits available (and time remaining) be resolved in Sutter County as soon as possible.  So far, those efforts have not resulted in a judicial determination of the time remaining on the defendant's state case.  The defense counsel has also represented to the government by email dated August 3, 2015, that the defense does not oppose this motion to revoke release, provided that it is without prejudice to the question being revisited if and when Sutter County determines that the defendant's state sentence has been served and releases the defendant back to federal custody.

Because the question of whether the state sentence is complete is a question of state law that should be considered by the courts of Sutter County in the first instance, the government respectfully requests that the court's order releasing the defendant be revoked, and the defendant remanded to the custody of the Sutter County jail for further proceedings.

Dated:  August 4, 2015
                BENJAMIN B. WAGNER
                United States Attorney

              By:  /s/ MATTHEW G. MORRIS
                MATTHEW G. MORRIS
                Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>JUSTIN LEE CANNON,<br><br>                Defendant. | CASE NO. 2:13-CR-10<br><br>ORDER TO REVOKE RELEASE |

Good cause appearing, the court hereby ORDERS:

That the court's prior order that the defendant be released (Document 81) is hereby revoked;

That the defendant is ordered to be remanded to the custody of Sutter County, California;

That this order is without prejudice to the question of the defendant's release being revisited in subsequent proceedings before this court, if the state of California determines that the defendant has completed his state sentence and returns the defendant to the custody of the United States; and

That the United States Marshals Service, to the extent that it must house the defendant in any facility while transporting the defendant to the custody of Sutter County, California, shall not arrange for the defendant to be housed in Sacramento County facilities.

Dated:  August 4, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Cannon0010.amd.motion.revoke.rel