1  TONI H. WHITE (SBN 210119)
   ATTORNEY AT LAW
2  11930 Heritage Oak Place, Suite 6
   Auburn, CA  95603
3  Telephone:  (530) 885-6244
   Facsimile:   (530) 885-8245
4

5  Attorney for Defendant
   JUSTIN CANNON
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:13-CR-0010 TLN

12                         Plaintiff,      **STIPULATION REGARDING
                                           CONTINUANCE OF STATUS
13  v.                                     CONFERENCE/CHANGE OF
                                           PLEA; FINDINGS AND ORDER**
14  JUSTIN CANNON,

15                         Defendant.

16

17        Defendant, JUSTIN CANNON, by and through his counsel of record, TONI WHITE, and the

18  GOVERNMENT hereby stipulate as follows:

19        1.      By previous order, this matter was set for status on October 1, 2015.

20        2.      By this stipulation, defendant now moves to continue the status conference until

21  November 5, 2015, and to exclude time between October 1, 2015 and November 5, 2015 under

22  Local Code T4.  The GOVERNMENT does not oppose this request.

23        3.      The parties agree and stipulate, and request that the Court find the following:

24            a.      The United States has represented that the discovery associated with this case

25  to date, and provided to defense counsel, includes investigative reports and related documents in

26  electronic form amounting to approximately 20 pages of documents. There is extensive physical

27  evidence beyond the discovery reports. Defense counsel needs additional time to review the

28  discovery and evidence, meet with Mr. Cannon and discuss the case further with the AUSA.

Additionally, Mr. Cannon is currently serving a state court sentence that may factor into plea negotiations in this matter. Counsel for Mr. Cannon and Counsel for the Government need additional time to receive more information regarding the state case before Mr. Cannon's matter can be brought to resolution.

        b.     Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c.     The GOVERNMENT does not object to the continuance.

        d.     The GOVERNMENT and counsel for the defendant are working toward resolution of the case.

        g.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of  October 1, 2015 and November 5, 2015  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

1    IT IS SO STIPULATED.

2    Dated:  September 28, 2015          BENJAMIN B. WAGNER
                          United States Attorney

3

4                                   By:     */s/ Toni White for*
                          MATTHEW MORRIS

5                                 Assistant U.S. Attorney

6                                 For the United States

7    Dated:  September 28, 2015          By:     */s/ Toni White*
                          TONI WHITE

8

9                                 For the Defendant

10

11

12                     **O R D E R**

13 Dated: September 29, 2015

14

15

16                      Troy L. Nunley
                   United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28