# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO: 2:13-cr-00010 TLN |
| JUSTIN LEE CANNON | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: Justin Lee Cannon
Detained at: Deuel Vocational Institution
Detainee is:
a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with:
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on [December 3, 2015 at 9:30 AM] in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ MATTHEW G. MORRIS |
| Printed Name & Phone No: | Matthew G. Morris (916) 554-2771 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on [**December 3, 2015 at 9:30 AM**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 11/6/2015

/s/ Carolyn K. Delaney
Honorable Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male ☐Female | |
| Booking or CDC #: | AX5057 | DOB: | |
| Facility Address: | 23500 S Kasson Road Tracy, CA 95304 | Race: | |
| Facility Phone: | (209) 835-4141 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

(signature)