1  TONI H. WHITE (SBN 210119)
   ATTORNEY AT LAW
2  11930 Heritage Oak Place, Suite 6
   Auburn, CA  95603
3  Telephone:  (530) 885-6244
   Facsimile:   (530) 885-8245
4

5  Attorney for Defendant
   JUSTIN CANNON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:13-CR-0010 TLN

12                          Plaintiff,     **STIPULATION REGARDING
                                           CONTINUANCE OF STATUS
13  v.                                     CONFERENCE/CHANGE OF
                                           PLEA; FINDINGS AND ORDER**
14  JUSTIN CANNON,

15                          Defendant.

16

17         Defendant, JUSTIN CANNON, by and through his counsel of record, TONI WHITE, and the

18  GOVERNMENT hereby stipulate as follows:

19         1.      By previous order, this matter was set for status on December 3, 2015.

20         2.      By this stipulation, defendant now moves to continue the status conference until

21  January 7, 2016, at 9:30 a.m., and to exclude time between December 3, 2015 and January 7, 2016

22  under Local Code T4.  The GOVERNMENT does not oppose this request.

23         3.      The parties agree and stipulate, and request that the Court find the following:

24                 a.      The United States has represented that the discovery associated with this case

25  to date, and provided to defense counsel, includes investigative reports and related documents in

26  electronic form amounting to approximately 20 pages of documents. There is extensive physical

27  evidence beyond the discovery reports. Defense counsel needs additional time to review the

28  discovery and evidence, meet with Mr. Cannon and discuss the case further with the AUSA.

Stipulation and Order for Continuance of Status          1
Hearing and for Exclusion of Time

1    Additionally, Mr. Cannon has recently completed a state court sentence that may factor into plea

2    negotiations in this matter. Counsel for Mr. Cannon and Counsel for the Government need additional

3    time to receive more information regarding the state case before Mr. Cannon's matter can be brought

4    to resolution.

5             b.       Counsel for defendant believes that failure to grant the above-requested

6    continuance would deny her the reasonable time necessary for effective preparation, taking into

7    account the exercise of due diligence.

8             c.       The GOVERNMENT does not object to the continuance.

9             d.       The GOVERNMENT and counsel for the defendant are working toward

10   resolution of the case.

11            g.       Based on the above-stated findings, the ends of justice served by continuing

12   the case as requested outweigh the interest of the public and the defendant in a trial within the

13   original date prescribed by the Speedy Trial Act.

14            g.       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

15   § 3161, *et seq*., within which trial must commence, the time period of  December 3, 2015 and

16   January 7, 2016  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

17   Code T4] because it results from a continuance granted by the Court at defendant's request on the

18   basis of the Court's finding that the ends of justice served by taking such action outweigh the best

19   interest of the public and the defendant in a speedy trial.

20       4.       Nothing in this stipulation and order shall preclude a finding that other provisions of

21   the Speedy Trial Act dictate that additional time periods are excludable from the period within which

22   a trial must commence.

23

24

25

26

27

28

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1    IT IS SO STIPULATED.

2    Dated:  December 2, 2015          BENJAMIN B. WAGNER
                                       United States Attorney
3
                                       By:    */s/ Toni White for*
4                                      MATTHEW MORRIS
5                                      Assistant U.S. Attorney

6                                      For the United States

7    Dated:  December 2, 2015          By:    */s/ Toni White*
                                       TONI WHITE
8
9                                      For the Defendant

10

11

12                              **O R D E R**

13   IT IS SO FOUND AND ORDERED this 2nd day of December, 2015.

14

15

16

17   
     _____
18   Troy L. Nunley
     United States District Judge

19

20

21

22

23

24

25

26

27

28

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time