UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 01, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN LEE CANNON, <br><br> Defendant. | Case No. 2:13-cr-00010-TLN <br><br> **ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JUSTIN LEE CANNON__,

Case No. __2:13-cr-00010-TLN__ from custody for the following reasons:for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

**X**   Unsecured Appearance Bond $ __25,000, cosigned by Kirsten DeVargas__

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

**X**   (Other): __To be released under conditions previously imposed.__

Issued at Sacramento, California on December 01, 2015 at _7:57 p.m._

By: _____

Magistrate Judge Carolyn K. Delaney