1  TONI H. WHITE (SBN 210119)
   ATTORNEY AT LAW
2  11930 Heritage Oak Place, Suite 6
   Auburn, CA  95603
3  Telephone:  (530) 885-6244
   Facsimile:   (530) 885-8245
4

5  Attorney for Defendant
   JUSTIN CANNON
6

7

8            IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           | CASE NO. 2:13-CR-0010 TLN
12 |                         Plaintiff,  | **STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE/CHANGE OF PLEA; FINDINGS AND ORDER**
13 | v.
14 | JUSTIN CANNON,
15 |                         Defendant.

16

17        Defendant, JUSTIN CANNON, by and through his counsel of record, TONI WHITE, and the
18 GOVERNMENT hereby stipulate as follows:
19        1.     By previous order, this matter was set for status on January 7, 2016.
20        2.     By this stipulation, defendant now moves to continue the status conference until
21 February 18, 2016, at 9:30 a.m., and to exclude time between January 7, 2016 and February 18, 2016
22 under Local Code T4.  The GOVERNMENT does not oppose this request.
23        3.     The parties agree and stipulate, and request that the Court find the following:
24               a.     The United States has represented that the discovery associated with this case
25 to date, and provided to defense counsel, includes investigative reports and related documents in
26 electronic form amounting to approximately 20 pages of documents. There is extensive physical
27 evidence beyond the discovery reports. Defense counsel needs additional time to review the
28 discovery and evidence, meet with Mr. Cannon and discuss the case further with the AUSA.

Additionally, Mr. Cannon has recently completed a state court sentence that may factor into plea negotiations in this matter. Counsel for Mr. Cannon and Counsel for the Government need additional time to receive more information regarding the state case before Mr. Cannon's matter can be brought to resolution.

    b. Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c. The GOVERNMENT does not object to the continuance.

    d. The GOVERNMENT and counsel for the defendant are working toward resolution of the case.

    g. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 7, 2016 and February 18, 2016 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

1   IT IS SO STIPULATED.

2   Dated:  January 5, 2016                    BENJAMIN B. WAGNER
                                               United States Attorney
3

4                                              By:    /s/ Toni White for
                                               MATTHEW MORRIS
5                                              Assistant U.S. Attorney

6                                              For the United States

7   Dated:  January 5, 2016                    By:    /s/ Toni White
                                               TONI WHITE
8

9                                              For the Defendant

10

11

12                          **O R D E R**

13  IT IS SO FOUND AND ORDERED this 5th day of January, 2016.

14

15

16                                             _____
17                                             Troy L. Nunley
                                               United States District Judge
18

19

20

21

22

23

24

25

26

27

28