# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN LEE CANNON,<br><br>Defendant. | No. 2:13-cr-00010-TLN<br><br>**ORDER** |

This matter is before the Court on the United States of America's ("Government") motion to reconsider the Court's February 16, 2016 Minute Order vacating the parties' status conference set before this Court for February 18, 2016. (ECF No. 104.) The Court has considered the arguments put forth in the Government's motion and finds that neither the status of Defendant Justin Lee Cannon's bond, nor the requirements of 18 U.S.C. § 3161(h)(3)(A), require that a status conference take place on February 18, 2016. For these reasons, the Government's motion for reconsideration is hereby DENIED.

Dated: February 16, 2016

Troy L. Nunley
United States District Judge