1  TONI H. WHITE (SBN 210119)
   ATTORNEY AT LAW
2  11930 Heritage Oak Place, Suite 6
   Auburn, CA  95603
3  Telephone:  (530) 885-6244
   Facsimile:   (530) 885-8245
4

5  Attorney for Defendant
   JUSTIN CANNON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:13-CR-0010 TLN
12 |              Plaintiff,          | **STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE/CHANGE OF PLEA; FINDINGS AND ORDER**
13 | v.
14 | JUSTIN CANNON,
15 |              Defendant.

16

17        Defendant, JUSTIN CANNON, by and through his counsel of record, TONI WHITE, and the
18 GOVERNMENT hereby stipulate as follows:
19        1.    By previous order, this matter was set for status on May 5, 2016.
20        2.    By this stipulation, defendant now moves to continue the status conference until May
21 12, 2016, at 9:30 a.m., and to exclude time between May 5, 2016 and May 12, 2016 under Local
22 Code T4.  The GOVERNMENT does not oppose this request.
23        3.    The parties agree and stipulate, and request that the Court find the following:
24              a.    The United States has represented that the discovery associated with this case
25 to date, and provided to defense counsel, includes investigative reports and related documents in
26 electronic form amounting to approximately 20 pages of documents. There is extensive physical
27 evidence beyond the discovery reports. Defense counsel needs additional time to review the
28 discovery and evidence, meet with Mr. Cannon and discuss the case further with the AUSA.

1  Additionally, Mr. Cannon has recently completed a state court sentence that may factor into plea

2  negotiations in this matter. Counsel for Mr. Cannon and Counsel for the Government need additional

3  time to receive more information regarding the state case before Mr. Cannon's matter can be brought

4  to resolution. The Parties are very close to resolution. A draft plea agreement has recently been

5  proposed and the parties are continuing to work out details of an offer. The draft plea agreement has

6  been reviewed with Mr. Cannon, additional concerns were raised, and the Parties are working

7  through the additional concerns. The Parties are gathering additional documentation to address those

8  concerns.

9         b.      Counsel for defendant believes that failure to grant the above-requested

10 continuance would deny her the reasonable time necessary for effective preparation, taking into

11 account the exercise of due diligence.

12        c.      The GOVERNMENT does not object to the continuance.

13        d.      The GOVERNMENT and counsel for the defendant are working toward

14 resolution of the case.

15        g.      Based on the above-stated findings, the ends of justice served by continuing

16 the case as requested outweigh the interest of the public and the defendant in a trial within the

17 original date prescribed by the Speedy Trial Act.

18        g.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

19 § 3161, *et seq.*, within which trial must commence, the time period of May 5, 2016 to May 12, 2016

20 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

21 because it results from a continuance granted by the Court at defendant's request on the basis of the

22 Court's finding that the ends of justice served by taking such action outweigh the best interest of the

23 public and the defendant in a speedy trial.

24    4.     Nothing in this stipulation and order shall preclude a finding that other provisions of

25 the Speedy Trial Act dictate that additional time periods are excludable from the period within which

26 a trial must commence.

27

28

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

2

1  IT IS SO STIPULATED.

2  Dated: May 3, 2016             BENJAMIN B. WAGNER
                                  United States Attorney

                                  By:    */s/ Toni White for*
                                  MATTHEW MORRIS
                                  Assistant U.S. Attorney

                                  For the United States

7  Dated: May 3, 2016             By:    */s/ Toni White*
                                  TONI WHITE

                                  For the Defendant


**O R D E R**

IT IS SO FOUND AND ORDERED this 3rd day of May, 2016.

_____
Troy L. Nunley
United States District Judge

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

3