**FILED**
September 29, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:13-cr-00010-TLN
Plaintiff, )
v. )
) ORDER FOR RELEASE OF
JUSTIN LEE CANNON, ) PERSON IN CUSTODY
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, JUSTIN LEE CANNON, Case No. 2:13-cr-00010-TLN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__   Release to WellSpace drug treatment facility.

_____   Bail Posted in the Sum of: $

   _____   Co-Signed Unsecured Appearance Bond

   _____   Secured Appearance Bond

   __X__   (Other) <u>Conditions as stated on the record.</u>

   __X__   (Other) <u>The defendant is to be released on 9/30/2016 at 9:00 a.m. to the custody of the Pretrial Services Officer for transport to the WellSpace drug treatment facility.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __9/29/2016__ at __2:17 p.m.__

By _____
Edmund F. Brennan
United States Magistrate Judge