UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 2, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JUSTIN LEE CANNON, ) <br> ) <br> Defendant. ) | Case No. 2:13-cr-00010-TLN <br><br> ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, JUSTIN LEE CANNON, Case No. 2:13-cr-00010-TLN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__ Release on Pretrial Services supervision.

____ Bail Posted in the Sum of: $

    ____ Co-Signed Unsecured Appearance Bond

    ____ Secured Appearance Bond

__X__ (Other) Conditions as stated on the record.

____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 11/2/2017 at 3:15 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge