1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00010-TLN |
|---|---|
| Plaintiff, | **ORDER SEALING DOCUMENTS** |
| v. | |
| JUSTIN CANNON, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representations contained in Defendant Justin Cannon's Requests to Seal, IT IS HEREBY ORDERED that the 25-page attachment to Defendant's Dispositional Memorandum (ECF No. 182), Exhibits A, C, and D to Defendant's reply (ECF No. 188), and Defendant's Requests to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the Government and counsel for Defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Defendant's requests, sealing Defendant's exhibits serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed. In light of the public filing of the notice of requests to seal, the Court further finds that there are no additional alternatives to sealing Defendant's exhibits that would adequately protect the compelling

1. interests identified by Defendant.
2. DATED: January 26, 2021

                                          Troy L. Nunley
                                          United States District Judge